**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Moises RIVERA, Defendant—
Appellant.**

**United States of America,
Plaintiff—Appellee,**

v.

**Jose Luis Medina ALVARADO,
Defendant—Appellant.**

**Nos. 03–10309, 03–10333.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 11, 2004.*

Decided Sept. 15, 2004.

Christina Hua, Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

Fed. R.App. P. 34(a)(2).

---

* This panel unanimously finds this case suitable for decision without oral argument. See

Nina Wilder, Esq., Weinberg & Wilder, San Francisco, CA, for Defendant–Appellant.

Before: PREGERSON, KOZINSKI and HAWKINS, Circuit Judges.

## MEMORANDUM **

1. The district court did not err in denying defendants' motion to dismiss for violation of the Speedy Trial Act, 18 U.S.C. § 3161(b). *See United States v. Gastelum–Almeida*, 298 F.3d 1167, 1173 (9th Cir.2002) (citing *United States v. Heldt*, 745 F.2d 1275, 1279–80 (9th Cir.1984)).

2. The district court's response to the jury's questions was not an abuse of discretion. *See United States v. Romero–Avila*, 210 F.3d 1017, 1024 (9th Cir.2000).

3. Nor did the district court err in denying defendant Rivera an entrapment instruction. *See United States v. Becerra*, 992 F.2d 960, 963 (9th Cir.1993). Rivera did not present even "slight evidence ... that [he] was initially unwilling to commit the crime, or that Government involvement planted the criminal design in [his] mind." *See United States v. Fleishman*, 684 F.2d 1329, 1342 (9th Cir.1982).

4. Defendants have requested leave to file a supplemental brief addressing the effect of *Blakely v. Washington*, — U.S. ——, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), on their sentences. We will address defendants' motion after the Su-preme Court decides *United States v. Booker*, 375 F.3d 508 (7th Cir.2004), *cert. granted*, — U.S. ——, 125 S.Ct. 11, 159 L.Ed.2d 838 (2004) (No. 04–104), and *Fanfan v. United States*, No. 03–47, 2004 WL 1723114 (D.Me. June 28, 2004), *cert. granted*, — U.S. ——, 125 S.Ct. 12, 159 L.Ed.2d 838 (2004) (No. 04–105). *See United States v. Castro*, 382 F.3d 927 (9th Cir.2004).

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

